UNITED STATES of America, Appellee,

v.

Bradley Dean CRAIG, Appellant.

No. 06–2903.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 5, 2007.

Filed: Oct. 18, 2007.

Sean R. Berry, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

Bradley Dean Craig, Oklahoma City, OK, pro se.

Cory Goldensoph, Cedar Rapids, IA, for Appellant.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Bradley Dean Craig appeals the 87-month prison sentences the district court[1] imposed after he pleaded guilty to receiving and possessing child pornography. *See* 18 U.S.C. § 2252A(a)(2)(A), (a)(5)(B). For reversal, Craig argues that the district court erred in denying his request for a downward variance based on his history of extensive community service.

We conclude that Craig's sentences are not unreasonable. *See United States v. Booker,* 543 U.S. 220, 261–62, 125 S.Ct.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

738, 160 L.Ed.2d 621 (2005) (discussing appellate review). The district court imposed these sentences—which were at the bottom of the applicable Guidelines range—after properly considering all of the 18 U.S.C. § 3553(a) factors, including Craig's history and circumstances. *See Rita v. United States,* —— U.S. ——, 127 S.Ct. 2456, 2463–68, 168 L.Ed.2d 203 (2007) (approving appellate presumption of reasonableness for sentence within advisory Guidelines range); *United States v. Haack,* 403 F.3d 997, 1003–04 (8th Cir. 2005) (describing appropriate consideration of § 3553(a) factors).

Accordingly, the judgment is affirmed.